IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEREK R. JACKSON, JR.<br>Plaintiff, | )<br>)<br>) Civil Action No. 7:06CV00167<br>) |
| v. | ) **FINAL ORDER**<br>) |
| TRACY S. RAY,<br>Defendant. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 28th day of March, 2006.

_____
United States District Judge